No. 05–5460. SEVILLE v. MARTINEZ ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–5461. SPINA v. OUR LADY OF MERCY MEDICAL CENTER ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–5462. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–5463. PUCKETT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–5464. WATKINS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–5465. MOZEE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–5468. CRUZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–5469. IZAGUIRRE-FLORES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5471. MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5472. LeBLANC v. LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 05–5473. LONG v. JORDAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 05–5474. GOULD v. HATCHER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–5476. WATERS v. O'CONNOR, JUDGE, SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY. Ct. App. Ariz. Certiorari denied.

No. 05–5477. SADDLER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.